HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHERI LUCO<br>　　　　　　　Defendant. | Case No. CR05-5558 RBL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR A BILL OF PARTICULARS |

　　This matter is before the court on Defendant Sheri Luco's Motion for a Bill of Particulars [Dkt. #14]. The Court has reviewed the Defendant's memorandum and the Government's Response. The Defendant's motion for a bill of particulars is DENIED.

　　DATED this 17th day of October, 2005

　　　　　　　　　　　　　　　　　　*Ronald B. Leighton*
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1